UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:  
JULIO CESAR MARTINDELCAMPO  
DEBTOR

CHAPTER 13 PROCEEDING:  
07-20326-C-13

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Wednesday, Jun 20, 2007.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Checks to the party below have not cleared within 90 days.

   JULIO CESAR MARTINDELCAMPO  
   7901 DELRIDGE WAY SW APT 34G  
   SEATTLE, WA  98106

5. As a result, funds owed to the Debtor in the amount of $200.00 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Wed, July 13, 2011

*Cindy Boudloche*

Cindy Boudloche  
Chapter 13 Trustee  
555 N. Carancahua  Ste 600  
Corpus Christi, TX  78401-0823  
(361) 883-5786

#298

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                                                                                CHAPTER 13 PROCEEDING:
JULIO CESAR MARTINDELCAMPO                        07-20326-C-13
DEBTOR

### CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on Jul 13, 2011, a copy of the foregoing Motion to Pay Funds into Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*
Cindy Boudloche, Chapter 13 Trustee

JULIO CESAR MARTINDELCAMPO
7901 DELRIDGE WAY SW APT 34G
SEATTLE, WA  98106

VIVIANA S CAVADA
LAW OFFICES OF VIVIANA CAVADA
4646 CORONA STE 165
CORPUS CHRISTI, TX  78411